UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  December 10,  2009

**C09-3952   VRW   ALBERT THOMAS RUIZ III   v   CITY OF SANTA ROSA et al**

Attorneys : For Plaintiff(s):   Evan Livingston

For Defendant(s):   John J Fritsch

Deputy Clerk: Cora Klein                    Reporter:   Not reported

PROCEEDINGS:

Initial Case Management Conference - Held

Defendants Wellington, Gillette and Cooper has been dismissed.

Further Case Management Conference : 5/13/2010 at 3:30 PM