IT IS SO ORDERED

Judge Vaughn R Walker

1  CAROLINE L. FOWLER,  City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Room 8
3  Santa Rosa, California 95404
   jfritsch@srcity.org
4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5
   Attorneys for Defendants
6  CITY OF SANTA ROSA; ED FLINT, an individual and former Chief of the
   SANTA ROSA POLICE DEPARTMENT; SRPD Sgt. RICHARD CELLI,
7  SRPD Officers RYAN HEPP, BRENT JOLIFF, TIMOTHY GILLETTE,
   ADRIA COOPER and MARLEE WELLINGTON
8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  ALBERT THOMAS RUIZ III,              Case No. CV 09-3952 VRW

13              Plaintiff,
                                         **STIPULATION RE DISMISSAL**
14       v.                              [42 U.S.C. § 1983]

15  CITY OF SANTA ROSA, former SRPD
    Chief ED FLINT, SRPD Officer RYAN
16  HEPP, SRPD Sgt. RICHARD CELLI,
    Officers BRENT JOLIFF, TIMOTHY
17  GILLETTE, ADRIA COOPER, MARLEE
    WELLINGTON, and DOES 1 to 5,
18  inclusive,

19              Defendants.
                                        /
20

21       It is hereby stipulated by and between the undersigned that Plaintiff hereby

22  voluntarily dismisses defendant former Santa Rosa Police Chief ED FLINT without

23  prejudice.  In consideration of said dismissal, defendants waive their right to recover

24  costs of litigation including attorney's fees under California Code of Civil Procedure

25  //

26  //

27

28

Stipulation re Dismissal, Case No. CV 09-3952 VRW                        Page 1

1    section 1021.7.

2                                          OFFICE OF THE CITY ATTORNEY

3

4    Dated: 12|10          2009

                                           John J. Fritsch
5                                          Assistant City Attorney
                                           Attorney for Defendants
6                                          City of Santa Rosa , Ed Flint, Sgt. Celli,
                                           Officers Hepp, Joliff, Gillette, Cooper and
7                                          Wellington

8

9    Dated:    12/13         2009

10

11                                         Evan Martyndale Livingstone, Esq.
                                           Attorney for Plaintiff
12                                         Albert Thomas Ruiz III

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28